IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RANDALL SCANLON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: |
| ) | |
| MENARD, INC., a Foreign Corporation, ) | |
| d/b/a Menards ) | (Removed from the Circuit Court |
| ) | of Cook County, Illinois |
| Defendant. ) | Case No. 2020 L 011809) |
| ) | |
| ) | **JURY DEMAND** |

## NOTICE OF REMOVAL

NOW COMES the Defendant, MENARD, INC., by and through its attorneys, W. ANTHONY ANDREWS of OTTOSEN DINOLFO HASENBALG & CASTALDO, LTD., pursuant to 28 U.S.C. §§ 1332 and 1441, file this notice of removal of the above captioned matter from the Circuit Court of Cook County, Illinois, under Case Number 2020 L 011809 to this Honorable Court.

In support of this Notice the Defendant states the following:

## JURISDICTION

1. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332(a)(1), and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1441(a) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because the Plaintiff is a citizen of Illinois; and the Defendant MENARD, INC., is a Wisconsin Corporation.

## STATEMENT OF FACTS

2. On November 4, 2020, an action was commenced in the Circuit Court of Cook County, Illinois, entitled *Randall Scanlon v. Menard, Inc., a Foreign Corporation d/b/a Menards*, case number 2020 L 011809.

3. Defendant was served with summons on November 24, 2020, and received a copy of Plaintiff's complaint on the same date. As a result, this Notice is filed within the time required by law.

4. A copy of all process, pleadings and orders served upon defendant in the state court action are attached hereto as **Exhibit A**.

5. This Notice for Removal is timely made under 28 U.S.C. § 1446(b). Not more than 30 days have passed since service of the Complaint on the Defendant which enabled Defendant to ascertain that this case was removable.

## BASIS FOR REMOVAL

6. Removal of a civil action is allowed under 28 U.S.C. § 1441(a) by a Defendant who is sued on a claim upon which federal district courts have original jurisdiction.

7. This Court has original jurisdiction over this claim is under 28 U.S.C. § 1332(a)(1) because the amount in controversy exceeds $75,000 and there is complete diversity of citizenship between the Plaintiff and the Defendant. The action is within the subject matter jurisdiction of this Court.

8. At the time which this action commenced, Plaintiff was a citizen of the State of Illinois—specifically, Hickory Hills, Illinois.

9. At the time which this action commenced, Defendant Menard was a corporation incorporated under the laws of Wisconsin, having its principal place of business in the State of Wisconsin at 5101 Menard Drive, Eau Claire, Wisconsin 54703.

10. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because Plaintiff has alleged damages "in excess of $50,000" from the Defendant. (**Ex. A**, Plaintiff's Complaint, p. 4). Further, Plaintiff asserts in his Complaint that, as a direct and proximate cause of Menard's alleged conduct, he sustained "serious and permanent injuries." *Id.* at 2. Furthermore, Plaintiff and claims he "has lost and will continue to lose great gains" because of Menard's alleged negligence. *Id.* at 2. Plaintiff also asserts he "has become liable for large sums of money for medical care and will in the future become so liable." *Id.* Plaintiff has further advised he has approximately $73,000 in medical special damages and has undergone surgery as a result of Menard's purported negligence. Additionally, Plaintiff has demanded $500,000 to settle the case.

Based on the claimed severity of Plaintiff's injuries, the fact that Plaintiff has undergone surgery, the high likelihood of future medical expenses, the potential of wage loss claims, and Plaintiff's demand of $500,000 to settle, Menard estimates in good faith that the amount in controversy exceeds $75,000.

## COMPLIANCE WITH REMOVAL PROCEDURES

11. The Defendant has complied with all of the procedural requirements for removal set forth in 28 U.S.C. § 1446. As noted above, the notice of removal is being filed within 30 days of the service of the lawsuit.

12. Notice of this removal is being provided to Plaintiffs, through their attorneys of record and the Circuit Court of Cook County, Illinois.

13. Pursuant to § 1446(d), a copy of this Notice of Removal will be filed with the Circuit Court of Cook County, Illinois, in Case No. 2020 L 011809.

WHEREFORE, for the foregoing reasons, Defendant Menard, removes this action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division and respectfully requests that the Court exercise jurisdiction over this matter.

Respectfully submitted,

Menard, Inc.

By: */s/ W. Anthony Andrews*
One of its attorneys

**OTTOSEN DINOLFO**
**HASENBALG & CASTALDO, LTD.**
W. Anthony Andrews (ARDC No. 6217267)
1804 N. Naper Blvd; Suite 350
Naperville, Illinois 60563
630-682-0085
wandrews@ottosenlaw.com

STATE OF ILLINOIS    )
                              ) SS.
COUNTY OF DUPAGE  )

I, W. ANTHONY ANDREWS, do hereby certify, and having been first duly sworn upon oath do hereby state, that I have read the above and foregoing Notice of Removal, by me subscribed as signatory for MENARD, INC., and the same is true and correct to the best of my knowledge and belief.

                                                                         /s/ W. Anthony Andrews
                                                                         W. ANTHONY ANDREWS

SUBSCRIBED and SWORN to before
me this 18th day of December, 2020.

/s/    Andrea Mangialardi
NOTARY PUBLIC

**OTTOSEN DINOLFO**
**HASENBALG & CASTALDO, LTD.**
W. Anthony Andrews (ARDC No. 6217267)
1804 N. Naper Blvd; Suite 350
Naperville, Illinois 60563
630-682-0085
wandrews@ottosenlaw.com