```
                                          FILED
                                          11/4/2020 12:00 AM
                                          DOROTHY BROWN
                                          CIRCUIT CLERK
                                          COOK COUNTY, IL
STATE OF ILLINOIS     )                   2020L011809              Firm ID: 31555
                      ) SS.
COUNTY OF COOK        )
```

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, LAW DIVISION

RANDALL SCANLON,

    Plaintiff,

versus

MENARD, INC., a Foreign Corporation, d/b/a MENARDS,

    Defendant.

Court # 2020L011809

### COMPLAINT AT LAW

NOW COMES the Plaintiff, **RANDALL SCANLON**, by and through his attorneys, **LAW OFFICES OF STEVEN J. MALMAN & ASSOCIATES, P.C.**, and complaining of the Defendant, **MENARD, INC., a Foreign Corporation, d/b/a MENARDS** states as follows:

### COUNT I
(Negligence v. MENARD, INC.)

1. That on or about February 12, 2019 Plaintiff, **RANDALL SCANLON**, was a patron and/or invitee of an establishment commonly known as **MENARDS**, located at 13441 South Route 59, Plainfield, Illinois and as a patron and/or an invitee at said establishment, was lawfully and properly on and upon said premises.

2. That Defendant, **MENARD, INC., a Foreign Corporation, d/b/a MENARDS**, owned, operated, managed, maintained and controlled the above-mentioned property and premises at all times relevant.

3. That at all time relevant, Defendant, **MENARD, INC., a Foreign Corporation, d/b/a MENARDS**, was under a duty to own, operate, manage, maintain and control the property



and premises, including the common areas, in an ordinary and reasonable fashion.

4. That notwithstanding the above stated duties, the Defendant, **MENARD, INC., a Foreign Corporation, d/b/a MENARDS,** was guilty of one or more of the following careless and negligent acts or omissions:

   a. Permitted and allowed said property and premises, and in particular the floors of the above property and premises, to be and remain in a hazardous and unsafe condition thereby resulting in plaintiff's injuries;

   b. Failed to properly maintain its floors, such that it allowed a condition where the sidewalk was wet, the wet sidewalk being a hazard to patrons and/or invitees of said property and premises when the Defendant knew or should have known of the condition;

   c. Failed to maintain necessary and proper safety standards in the operation of said property and premises;

   d. Failed to inaugurate and maintain necessary and proper maintenance standards in the operation of said property and premises;

   e. Failed to inspect its aisles for any dangerous and hazardous conditions at said property and premises;

   f. Failed to rope off the area and/or warn its patrons and/or invitees, including the Plaintiff, of the dangerous and hazardous condition of the floors at said property and premises; and

   g. Failed to provide a safe means of ingress and egress to and from its aisles for its patrons and/or invitees such as Plaintiff lawfully and properly on and upon said property and premises.

5. That the Defendant and/or its representatives had actual and/or constructive notice of all of the preceding conditions.

6. That as a direct and proximate result of one or more of the above-mentioned careless and negligent acts or omissions of the Defendant, **MENARD, INC., a Foreign Corporation, d/b/a MENARDS,** the Plaintiff, **RANDALL SCANLON** was cause to and did fall due to the wet sidewalk outside of the establishment, resulting in the Plaintiff sustaining serious

FILED DATE: 11/4/2020 12:00 AM 2020L011809

FILED DATE: 11/4/2020 12:00 AM 2020L011809

and permanent injuries. Plaintiff has suffered and will be suffering the future great pain and discomfort, physical impairment and has been and will be kept from attending to his usual affairs and duties and has lost and will continue to lose great gains which he would have made and acquired and Plaintiff has become liable for large sums of money for medical care and will in the future become so liable.

WHEREFORE, the Plaintiff, **RANDALL SCANLON,** by and through his attorneys, **THE LAW OFFICES OF STEVEN J. MALMAN & ASSOCIATES, P.C** seeks compensation in excess of FIFTY THOUSAND DOLLARS ($50,000.00) for the harms caused by the Defendant, **MENARD, INC., a Foreign Corporation, d/b/a MENARDS,** for Defendant's egregious conduct, to deter this Defendant from negligent acts, and to protect the public safety, and for attorneys' fees as allowed by statute.

                    LAW OFFICES OF STEVEN J. MALMAN
                    & ASSOCIATES, P.C.

                    /s/ Cory M. Boyer
                    Attorney for Plaintiff

Cory M. Boyer
LAW OFFICES OF STEVEN J. MALMAN
& ASSOCIATES, P.C.
205 W. Randolph Street, Suite 1700
Chicago, Illinois 60606
(312) 629-0099
Attorney No. 31555

```
FILED
11/4/2020 12:00 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L011809
```

STATE OF ILLINOIS )
) SS.
COUNTY OF COOK )

Firm ID: 31555

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

RANDALL SCANLON,

    Plaintiff,

versus

MENARD, INC., a Foreign Corporation, d/b/a MENARDS

    Defendant.

Court # 2020L011809

### AFFIDAVIT

I, Cory M. Boyer, having come to be sworn duly under oath, hereby state and affirm as follows:

1. That I am the attorney for the plaintiff in this matter.

2. That based upon my investigation and knowledge of this case plaintiff is seeking money damages in excess of $50,000.00, further affiant sayeth not.

LAW OFFICES OF STEVEN J. MALMAN
& ASSOCIATES, P.C.

/s/ Cory M. Boyer
Attorney for Plaintiff

SUBSCRIBED AND SWORN TO
before me this 3rd day
of November, 2020.

/s/ Raquel Renteria
Notary Public

OFFICIAL SEAL
RAQUEL RENTERIA
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/15/23

FILED DATE: 11/4/2020 12:00 AM 2020L011809

| | |
|---|---|
| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served by Mail | 2321 - Served by Mail |
| 2420 - Served by Publication | 2421 - Served by Publication |
| SUMMONS | ALIAS SUMMONS |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| **RANDALL SCANLON,**<br><br>**Plaintiff,**<br><br>*versus*<br><br>**MENARD, INC.,** a Foreign Corporation, d/b/a **MENARDS,**<br><br>**Defendant.** | Court # **2020L011809**<br>**Please Serve:**<br>**Menard, Inc.**<br>**Through its registered agent**<br>**Prentice Hall Corporation**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** |

## SUMMONS

TO EACH DEFENDANT:
    YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance in the office of the clerk of this court (located in the Richard J. Daley Center, Room* 801 Chicago, Illinois 60602), within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED FOR IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

To the officer:
    This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than 30 days after its date.

WITNESS,..................................
11/4/2020 12:00 AM DOROTHY BROWN
..................................
Clerk of the Court

Law Offices of Steven J. Malman
& Associates, P.C.
Attorney for Plaintiff(s)
205 West Randolph St., Ste. 1700
Chicago, IL 60606
(312) 629-0099
cboyer@malmanlaw.com
#31555     Dorothy Brown, Clerk of the Circuit Court of Cook County, Illinois

Date of Service_____
(To be inserted by officer on copy left with
defendant or other person)